# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JOEY KADMIRI,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 79501 ✓ |
| JOEY KADMIRI,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 80041 |
| JOEY KADMIRI,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA; AND THE<br>STATE OF NEVADA DEPARTMENT<br>OF CORRECTIONS,<br>Respondents. | No. 80042<br><br>**FILED**<br>JAN 06 2020<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

## ORDER DISMISSING APPEALS

These appeals were initiated by the filing of pro se notices of appeal in various criminal matters. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Appellant has filed motions to voluntarily dismiss these appeals. Cause appearing, the motions are granted and this court

ORDERS these appeals DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

20-00660

cc:    Hon. Eric Johnson, District Judge
Joey Kadmiri
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk